# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>DONALD ULYSSES MAXWELL<br><br><br>*Defendant* | ) ) Case No. 2:24-mj-0053 JDP<br>) )<br>) )<br>) ) |

FILED
Aug 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONALD ULYSSES MAXWELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:


Date: April 26, 2024

*Issuing officer's signature*

City and state: Sacramento, California          Jeremy D. Peterson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DISMISSED 8/19/2025

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*